# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID A. BOWERS, SR. | : : : | Civil Action No. C-1-01-290 |
| Plaintiffs and Relator, | : : | Judge Sandra S. Beckwith |
| vs. | : : : | |
| O'GARA-HESS & EISENHARDT ARMORING COMPANY, DAYTON MANUFACTURING COMPANY, and QUALITURN, INC. | : : : : : : | |
| Defendants. | : | |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Relator David A. Bowers, Sr., in accordance with Federal Rule of Civil Procedure 41(a)(1)(i), moves for a voluntarily dismissal without prejudice of the Complaint filed in this action.

Relator has consulted with counsel for the United States and has been advised that the United States will be filing a consent to dismissal without prejudice. A proposed order granting the relief requested has been submitted to the Court via electronic mail for the Court's convenience.

Respectfully submitted,


s/James B. Helmer, Jr.
James B. Helmer, Jr. (0002878)
Frederick M. Morgan, Jr. (0027687)
Julie W. Popham (0059371)
HELMER, MARTINS & MORGAN CO., L.P.A.
1900 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, Ohio 45202
Telephone:   (513) 421-2400
Facsimile:   (513) 421-7902


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically this 29th day of September, 2003. Notice of the filing will be sent to the following through the Court's electronic filing system:

Gerald F. Kaminski
United States Attorney's Office
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202

A true and accurate copy of the foregoing will be served upon the following via regular mail:

Art Coulter
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044


s/James B. Helmer, Jr.