# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | : | Civil Action No.  C-1-01-290 |
| DAVID A. BOWERS, SR. | : | |
| | : | |
| Plaintiffs and Relator, | : | Judge Sandra S. Beckwith |
| | : | |
| vs. | : | |
| | : | |
| O'GARA-HESS & EISENHARDT | : | |
| ARMORING COMPANY, | : | |
| DAYTON MANUFACTURING | : | |
| COMPANY, and | : | |
| QUALITURN, INC. | : | |
| | : | |
| Defendants. | : | |

---

## ORDER GRANTING VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

---

Upon receipt of Relator's Motion for Voluntary Dismissal Without Prejudice, filed

in accordance with Federal Rule of Civil Procedure 41(a)(1)(i), and upon consideration

that the United States does not oppose this request, it is hereby

ORDERED that this case is dismissed without prejudice.


Dated: _____


s/Sandra S. Beckwith
UNITED STATES DISTRICT JUDGE FOR
THE SOUTHERN DISTRICT OF OHIO