UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel., DAVID A. BOWERS, SR., | |
| Plaintiff, | Civil No. 1:01cv290 |
| v. | Judge Sandra S. Beckwith |
| O'GARA-HESS & EISENHARDT ARMORING COMPANY, DAYTON MANUFACTURING COMPANY, and QUALITURN, INC., | **NOTICE OF ATTORNEY GENERAL'S CONSENT TO DISMISSAL OF LAWSUIT** |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - -

Section 3730(b)(1) of the False Claims Act, 31 U.S.C. § 3730(b)(1), provides that a <u>qui tam</u> False Claims Act lawsuit may be dismissed only if the Court and the Attorney General give written consent to the dismissal and their reasons for consenting.

The purpose of this Notice is to advise the Court that, in the interests of justice, the Attorney General consents to the dismissal of this lawsuit provided (1) the dismissal is without prejudice to the United States and (2) the contents of the Court's file ordered to be held under seal by the order of June 3, 2002 continue to remain under seal.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Gerald F. Kaminski
GERALD F. KAMINSKI (0012532)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
Gerald.Kaminski @usdoj.gov


**CERTIFICATE OF SERVICE**


I hereby certify that a copy of the foregoing Notice of Attorney General's Consent to Dismissal of Lawsuit was served on this 24th day of October, 2003, electronically on:  James B. Helmer, Jr.


s/Gerald F. Kaminski
GERALD F. KAMINSKI (0012532)
Assistant United States Attorney